

FILED
GREAT FALLS DIV.
2008 AUG 4 PM 12 23
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| DANA L. OLSON,<br><br>             Plaintiff,<br><br>vs.<br><br>EQUAL OPPORTUNITY COMMISSION, WALMART STORES, INC., and HEIRS OF SAM WALTON (HOME OFFICE),<br><br>             Defendants. | No. CV 08-45-GF-SEH<br><br>**ORDER** |

On July 9, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 5.

ORDERED:

This case is transferred to the United States District Court for the District of Alaska.

DATED this 4th day of August, 2008.

*[signature]*

SAM E. HADDON
United States District Judge